RECEIVED
IN ALEXANDRIA, LA.

AUG 2 5 2014

TONY R. MOORE, CLERK
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| LADAYTRON MANDEZ VINZANT | CIVIL ACTION NO. 14-0147 |
|---|---|
| VERSUS | JUDGE TRIMBLE |
| CARL SMITH, ET AL | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint against Carl Smith, Jeff Windham, and the "Medical Staff" of LaSalle Correctional Center be **DENIED** and **DISMISSED WITH PREJUDICE** under 28 U.S.C. §1915 (e) (2) (B) and 1915A. The claim against Sandy Haworth will be served pursuant to a separate order from the Court.

**THUS DONE AND SIGNED**, at Alexandria, Louisiana, this 25th day of August, 2014.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE