
RECEIVED
JAN - 7 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| LADAYTRON MANDEZ VINZANT,<br>Plaintiff | CIVIL ACTION<br>SECTION "P"<br>NO. 1:14-CV-00147 |
| VERSUS | |
| CARL SMITH, et al.,<br>Defendants | JUDGE JAMES T. TRIMBLE, JR.<br>MAGISTRATE JUDGE JOSEPH H.L.<br>PEREZ-MONTES |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law,

IT IS ORDERED that Haworth's motion for summary judgment (Doc. 52) is GRANTED and Vinzant's action is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of January, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE